IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**CLARISOL CRESPO MELENDEZ**<br><br>DEBTOR | CASE NO. 13-07511-MCF<br><br>CHAPTER 7 |

NOTICE OF FILING OF
AMENDED SCHEDULES "A/B" & "C"

TO THE HONORABLE COURT:

**COMES NOW, CLARISOL CRESPO MELENDEZ,** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. The debtor respectfully submits *Amended Schedules "A/B" and "C"*, dated March 11, 2016, herewith and attached to this motion.

2. These amendments to Schedules "A/B" and "C" are filed **to delete Coop Caguas savings account x6575, to state actual values of real property and motor vehicle, and claim the appropriate exemptions.**

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page-2-
Amended Schedules "A/B" & "C"
Case No. 13-07511-MCF7

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, Clarisol Crespo Meléndez, debtor in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 11th day of March, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**Fill in this information to identify your case and this filing:**

Debtor 1: **CLARISOL CRESPO MELENDEZ**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **3:13-bk-7511**

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1
   **C-09 BORINQUEN WARD BOSQUE DE LA SIERRA**
   Street address, if available, or other description

   **Caguas**   **PR**   **00725**
   City / State / ZIP Code

   **Caguas**
   County

   What is the property? Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ____

   Who has an interest in the property? Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$189,900.00**
   Current value of the portion you own? **$189,900.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **100%**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:
   **This property is built on a lot of land of 359.16 sq/m. Consists of three (3) bedrooms, two (2) bathrooms and two (2) garages.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>   **$189,900.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **CRESPO MELENDEZ, CLARISOL**  Case number *(if known)* 3:13-bk-7511

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: Kia
   Model: Sorento
   Year: 2011
   Approximate mileage: 45339
   Other information:
   2011 Kia Sorento
   Mileage: 45,339

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $14,862.00
   Current value of the portion you own? $14,862.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................=>   $14,862.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   Misc household goods and furnishings    $8,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   Collection of Cultural/Christmas 3 Kings statues    $1,500.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Debtor 1 **CRESPO MELENDEZ, CLARISOL**     Case number *(if known)* 3:13-bk-7511

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothes and personal effects | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....

| Jewelry | $600.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................................................................    **$11,600.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

17.1. Checking Account    Banco Popular Checking Account x1825    $328.22

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................
    Name of entity:      % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
    Issuer name:

Debtor 1 **CRESPO MELENDEZ, CLARISOL**  Case number *(if known)* 3:13-bk-7511

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund value:

Debtor 1 **CRESPO MELENDEZ, CLARISOL**     Case number *(if known)* **3:13-bk-7511**

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | Judgment 2011 obtained against former construction contractor Luis R Rodriguez Nieves H/N/C LR Construction/Pending execution | $9,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................    **$9,328.22**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .....................................    **$0.00**

Debtor 1 **CRESPO MELENDEZ, CLARISOL**     Case number *(if known)* **3:13-bk-7511**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 .................................................................................................. | | $189,900.00 |
| 56. | Part 2: Total vehicles, line 5 | $14,862.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $11,600.00 | |
| 58. | Part 4: Total financial assets, line 36 | $9,328.22 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54   + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $35,790.22 | Copy personal property total    $35,790.22 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $225,690.22 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **CLARISOL CRESPO MELENDEZ** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | 3:13-bk-7511 |

☒ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **C-09 BORINQUEN WARD BOSQUE DE LA SIERRA**<br>**Caguas PR, 00725**<br>**County : Caguas**<br>Line from *Schedule A/B*: **1.1** | $189,900.00 | ☒ $22,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **Misc household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $8,500.00 | ☒ $6,021.82<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Collection of Cultural/Christmas 3 Kings statues**<br>Line from *Schedule A/B*: **8.1** | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Clothes and personal effects**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Jewelry**<br>Line from *Schedule A/B*: **14.1** | $600.00 | ☒ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 1 of 2
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Banco Popular Checking Account x1825**<br>Line from Schedule A/B: **17.1** | $328.22 | ■ $328.22<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Judgment 2011 obtained against former construction contractor Luis R Rodriguez Nieves H/N/C LR Construction/Pending execution**<br>Line from Schedule A/B: **33.1** | $9,000.00 | ■ $9,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: **CLARISOL CRESPO MELENDEZ**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:13-bk-7511

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *(signature)*                                        X _____
CLARISOL CRESPO MELENDEZ                                Signature of Debtor 2
Signature of Debtor 1

Date  03/11/2016                                        Date _____

```
Label Matrix for local noticing          ALTAIR OH XIII LLC                     BANCO POPULAR DE PUERTO RICO - JAM
0104-3                                   C/O WEINSTEIN & RILEY PS               MORTGAGE SERVICING DEPARTMENT (762)
Case 13-07511-MCF7                       2001 WESTERN AVE STE 400               PO BOX 362708
District of Puerto Rico                  SEATTLE, WA 98121-3132                 SAN JUAN, PR 00936-2708
Old San Juan
Thu Mar  3 15:27:36 AST 2016

FIRSTBANK PR                             UNITED STATES TRUSTEE                  US Bankruptcy Court District of P.R.
PO BOX 9146                              500 TANCA ST STE 301                   Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00908-0146                  SAN JUAN, PR 00901-1922                300 Recinto Sur Street, Room 109
                                                                                San Juan, PR 00901-1964


ASOC RESIDENTES BOSQUES DE LA SIERRA INC Altair OH XIII, LLC                    BANCO POPULAR DE PUERTO RICO
C/O TERRANOVA                            c/o Weinstein & Riley, P.S.            MORTGAGE SERVICING DEPARTMENT (762)
PO BOX 9694                              2001 Western Ave., Ste.400             PO BOX 362708
SAN JUAN, PR  00908-0694                 Seattle, WA 98121-3132                 SAN JUAN PR   00936-2708


BANCO SANTANDER PUERTO RICO              Banco Popular De Puerto Rico           Banco Santander Puerto
PO BOX 362589                            Gpo Box 3229                           268 Ponce De Leon
SAN JUAN PR 00936-2589                   San Juan, PR   00936                   Hato Rey, PR 00918-2002



COOP A/C CAGUAS                          EMP. BERRIOS FINANCIERA                Empresas Berrios Inc
PO BOX 1252                              PO BOX 674                             P.o. Box 674
CAGUAS, PR  00726-1252                   CIDRA, PR 00739-0674                   Cidra, PR 00739-0674



FIRST BANK                               JIMENEZ SEDA & ARCHILLA                MONITRONICS
CONSUMER SERVICE CENTER                  PO Box 363689                          PO BOX 814530
BANKRUPTCY DIVISION (CODE 248)           San Juan, PR   00936-3689              DALLAS, TX  75381-4530
PO BOX 9146, SAN JUAN PR 00908-0146


Sears/cbna                               CLARISOL CRESPO MELENDEZ               MONSITA LECAROZ ARRIBAS
Po Box 6282                              BOSQUE DE LA SIERRA                    OFFICE OF THE US TRUSTEE (UST)
Sioux Falls, SD 57117-6282               309 BORINQUEN WARD                     OCHOA BUILDING
                                         CAGUAS, PR 00725                       500 TANCA STREET  SUITE 301
                                                                                SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS                 ROBERTO FIGUEROA CARRASQUILLO          End of Label Matrix
PMB 136                                  PO BOX 186                             Mailable recipients     22
400 CALAF STREET                         CAGUAS, PR 00726-0186                  Bypassed recipients      0
SAN JUAN, PR 00918-1314                                                         Total                   22
```